IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BETTY D. FREEMAN,** | : |
| Plaintiff, | : |
| vs. | :   CA 04-0262-CG-C |
| **MICHAEL J. ASTRUE,** | : |
| **Commissioner of Social Security,** | |
| | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner receive as an attorney's fee for services rendered in this Court the sum of $441.50 pursuant to 42 U.S.C. § 406(b). Upon receipt of this judgment, petitioner is to refund to plaintiff the smaller attorney-fee award made under the Social Security Act totaling $441.50 and is authorized to retain from his trust account the EAJA attorney-fee awards previously made totaling $3,362.50.

**DONE and ORDERED** this 23rd day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE